AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Theda L. Vaughan
James Ricky Vaughan

    vs.

Recall Total Information Managment, Inc.
Brambles USA, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:02-402-HFF

**X**  **Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Theda L. Vaughan and James Ricky Vaughan's original award is reduced to $1,083,201 (One million, eighty three thousand two hundred one dollar).

LARRY W. PROPES, Clerk

By: **s/Angela Lewis**
Deputy Clerk

December 15, 2008